**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carolann Jude DeLeon<br>         <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-15171 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, and index same on the master mailing list.

Re: Loan # Ending In: 7308

                                                Respectfully submitted,

                                                **/s/Joshua I. Goldman , Esquire**
                                                Joshua I. Goldman, Esquire
                                                Thomas Puleo, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 825-6306  FAX (215) 825-6406