UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Carolann Jude DeLeon    :
:    Chapter 13
:    No. 16-15171 ref
:

## ORDER

**AND NOW** debtor, Carolann Jude DeLeon, is granted until September 1, 2016 to file her Chapter 13 Schedules, Statement of Financial Affairs, Plan and all missing documents.

BY THE COURT:

**Date: August 17, 2016**

_____
Richard E. Fehling, Bankruptcy Judge