**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| Carolann Jude DeLeon | : NO. 16-15171 ref |
| | : |
| Debtor | : Chapter 13 |
| | : |
| | : |

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Impose the Automatic Stay with respect to all creditors, good cause and good faith appearing, it is hereby

**ORDERED** that the Debtor's Motion is granted and the Automatic Stay imposed by §362 of the Bankruptcy Code be and hereby is imposed with respect to all creditors.

8/18/16

BY THE COURT:

_____
J.