United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15171-ref
Carolann Jude DeLeon                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv              Page 1 of 2            Date Rcvd: Aug 18, 2016
                            Form ID: pdf900        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2016.
db           +Carolann Jude DeLeon,   3179 Westwood Place,   Orefield, PA 18069-2563
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13767529      Bank of America NA,   7105 Corporate Dr,   Plano, TX 75024-4100
13767530    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank USA N,    PO Box 85015,   Richmond, VA 23285-5015)
13776562      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13767531      Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
13766511     +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
13767532      Credit Acceptance,   PO Box 513,   Southfield, MI 48037-0513
13767533      Enterprise Rent a Car,   PO Box 405738,   Atlanta, GA 30384-5700
13767534      Midland Funding,   2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
13767536      PNC Bank N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
13767537     +PPL,   2 N 9th St,   Allentown, PA 18101-1170
13767538      Quality Patient Care, LLC,   Attn #16273N,   PO Box 14000,   Belfast, ME 04915-4033
13767541      Robert W. Williams Esquire,   Milstead & Associaes LLC,   1 E Stow Rd,
               Marlton, NJ 08053-3118
13767542     +Sacred Heart Hospital,   421 Chew St,   Allentown, PA 18102-3490
13767543      Wilmington Savings Fund Socient,   7105 Corporate Dr,   Plano, TX 75024-4100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: robertsl2@dnb.com Aug 19 2016 01:42:41      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2016 01:42:22
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2016 01:42:45      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13767535     +E-mail/Text: colleen.atkinson@rmscollect.com Aug 19 2016 01:43:06      Patient First,
               %Receivable Management,   7206 Hull Street Rd Ste North,   Richmond, VA 23235-5826
13767539     +E-mail/Text: colleen.atkinson@rmscollect.com Aug 19 2016 01:43:06      Receivable Management,
               7206 Hull Street Rd Ste North,   Richmond, VA 23235-5826
13767540      E-mail/Text: colleen.atkinson@rmscollect.com Aug 19 2016 01:43:06
               Receivables Management Systems,   for Patient First,   PO Box 8630,   Richmond, VA 23226-0630
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13767528      16-15171
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN EVERETT COOK    on behalf of Debtor Carolann Jude DeLeon bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com

```
District/off: 0313-4          User: dlv                Page 2 of 2              Date Rcvd: Aug 18, 2016
                              Form ID: pdf900          Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society et al...
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                                         TOTAL: 4

Case 16-15171-ref    Doc 28    Filed 08/20/16    Entered 08/21/16 01:05:48    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Carolann Jude DeLeon | : NO. 16-15171 ref<br>:<br>: Chapter 13 |
| Debtor | : |

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Impose the Automatic Stay with respect to all creditors, good cause and good faith appearing, it is hereby

**ORDERED** that the Debtor's Motion is granted and the Automatic Stay imposed by §362 of the Bankruptcy Code be and hereby is imposed with respect to all creditors.

8/18/16

BY THE COURT:

_____
                    J.