# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| Carolann Jude DeLeon | : CHAPTER 13 |
| | : NO. 16-15171 ref |

## CERTIFICATE OF NO RESPONSE

I, Everett Cook, Esquire, counsel for the Debtor, hereby certify that on March 22, 2017 a **MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO §362** was served on the creditors and parities in interest listed on the attached Label Matrix for local noticing and the following:

**DENISE ELIZABETH CARLON**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**JOSHUA ISAAC GOLDMAN**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Victor DeLeon, JR.
280 Milkweed Dr.
Allentown PA 18104

Abele A. Iacobelli, Esquire
Wallitsch & Iacobelli, LLP
Suite 516
1605 N. Cedar Crest Blvd.
Allentown, PA 18104

The above-named have failed to file on or before April 10, 2017 (19 Days from date of filing), any Answer, Objection or other responsive pleading.

Dated: 4/11/17				Signed:/s/ Everett Cook
					By: Everett Cook, Esq.
					The Law Offices of Everett Cook, P.C.
					2309 McArthur Road
					Whitehall, PA, 18052
					610.351.3566
					610.351.3556 FAX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 16-15171-ref<br>Eastern District of Pennsylvania<br>Reading<br>Wed Mar 22 11:50:39 EDT 2017 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 |
| Bank of America NA<br>7105 Corporate Dr<br>Plano, TX 75024-4100 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Credit Acceptance<br>25505 West Twelve Mile Rd<br>Suite 3000<br>Southfield MI 48034-8331 | Credit Acceptance<br>PO Box 513<br>Southfield, MI 48037-0513 |
| Enterprise Rent a Car<br>PO Box 405738<br>Atlanta, GA 30384-5700 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 |
| PNC Bank N.A.<br>PO Box 94982<br>Cleveland, OH 44101-4982 | PPL<br>2 N 9th St<br>Allentown, PA 18101-1179 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Patient First<br>&Receivable Management<br>7206 Hull Street Rd Ste North<br>Richmond, VA 23235-5826 | Quality Patient Care, LLC<br>Attn #16273N<br>PO Box 14000<br>Belfast, ME 04915-4033 | Receivable Management<br>7206 Hull Street Rd Ste North<br>Richmond, VA 23235-5826 |
| Receivables Management Systems<br>for Patient First<br>PO Box 8630<br>Richmond, VA 23226-0630 | Robert W. Williams Esquire<br>Milstead & Associaes LLC<br>1 E Stow Rd<br>Marlton, NJ 08053-3118 | Sacred Heart Hospital<br>421 Chew St<br>Allentown, PA 18102-3490 |
| United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 | Wilmington Savings Fund Socient<br>7105 Corporate Dr<br>Plano, TX 75024-4100 | Wilmington Savings Fund Society, FSB, d/b/a<br>C/O Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 |
| Carolann Jude DeLeon<br>3179 Westwood Place<br>Orefield, PA 18069-2563 | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606-0410 | JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall, PA 18052-4523 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank USA N
PO Box 85015
Richmond, VA  23285-5015

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wilmington Savings Fund Society et al...        (u)16-15171                              (u)PPL Electric Utilities, 827 Hausman Road,

End of Label Matrix
Mailable recipients     26
Bypassed recipients      3
Total                   29