## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| Carolann Jude DeLeon | :   CHAPTER 13 |
| | :   NO. 16-15171 ref |

### ORDER

**AND NOW,** upon consideration of the Debtor/Movant's Motion for Relief of the Automatic Stay with respect to Victor DeLeon, Jr., good cause and good faith appearing, it is hereby

**ORDERED** that the Debtor/Movant's Motion is granted and the Automatic Stay imposed by §362 of the Bankruptcy Code be and hereby is lifted as to Victor DeLeon, Jr., and the Divorce case filed in Lehigh County under case number 2014-FC-0258.

**IT IS FURTHER ORDERED** that no transfer of any property between the parties of the Divorce DeLeon v. DeLeon shall happen without prior approval of this Court.

BY THE COURT:

**Date: April 12, 2017**

_____
J.