United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carolann Jude DeLeon  
    Debtor

Case No. 16-15171-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Apr 12, 2017  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.  
db          +Carolann Jude DeLeon,    3179 Westwood Place,    Orefield, PA 18069-2563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2017 01:11:26      Synchrony Bank,  
          c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:  
         DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society et al...  
          bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         JOHN EVERETT COOK    on behalf of Debtor Carolann Jude DeLeon bankruptcy@everettcooklaw.com,  
          G29494@notify.cincompass.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society et al...  
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                       TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| Carolann Jude DeLeon | :    CHAPTER 13 |
| | :    NO. 16-15171 ref |

## ORDER

AND NOW, upon consideration of the Debtor/Movant's Motion for Relief of the Automatic Stay with respect to Victor DeLeon, Jr., good cause and good faith appearing, it is hereby

ORDERED that the Debtor/Movant's Motion is granted and the Automatic Stay imposed by §362 of the Bankruptcy Code be and hereby is lifted as to Victor DeLeon, Jr., and the Divorce case filed in Lehigh County under case number 2014-FC-0258.

IT IS FURTHER ORDERED that no transfer of any property between the parties of the Divorce DeLeon v. DeLeon shall happen without prior approval of this Court.

BY THE COURT:

Date: April 12, 2017

_____ J.