UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : |
| **Carolann Jude DeLeon** | : No. 16-15171 ref |
| **Debtor** | : Chapter 13 |
| | : |

## ORDER

AND NOW, it is hereby ordered that upon consideration of the within Motion to Determine Property Value on Property located at 3179 Westwood Place, Orefield PA 18069 the property's value is $236,000.00.

**Date: May 18, 2017**

_____
Richard E. Fehling                                  J.