**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Carolann Jude DeLeon aka Michelle Holvik | |
| Debtor | Chapter 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust | NO. 16-15171 REF |
| v. | |
| Carolann Jude DeLeon aka Michelle Holvik and | |
| Frederick L. Reigle Esq. | |
| Trustee | |

**ORDER**

AND NOW, this            day of                      , 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on May 30, 2017  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C.  Section 362  is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3179 Westwood Place Orefield, PA 18069.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: February 26, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list