## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :
**Carolann Jude DeLeon**                        :        **CHAPTER 13**
                                                :        **NO. 16-15171 ref**

## PRAECIPE TO CONVERT
## CHAPTER 13 TO CHAPTER 7

The undersigned Debtor, Carolann Jude DeLeon, by and through her attorney,

Everett Cook, Esquire, respectfully requests that her Chapter 13 case be converted to a

Voluntary Chapter 7 case under Title 11 of the United States Code.


/s/ Carolann Jude DeLeon
Carolann Jude DeLeon, Debtor


/s/ Everett Cook
Everett Cook, Esquire


Date: May 7, 2018