*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Carolann Jude DeLeon                                      Case No: 16–15171–ref

    Debtor(s)

*CLERK'S NOTICE RE: PRESUMPTION OF ABUSE*

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 5/8/18

Timothy B. McGrath
Clerk of Court

77
Form 210U