United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-15171-ref
Carolann Jude DeLeon                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2               Date Rcvd: May 08, 2018
                              Form ID: pdf900       Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db             +Carolann Jude DeLeon,    3179 Westwood Place,    Orefield, PA 18069-2563
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13767529        Bank of America NA,    7105 Corporate Dr,    Plano, TX  75024-4100
13767530       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA N,     PO Box 85015,    Richmond, VA  23285-5015)
13776562        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13767531        Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
13766511       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13767532        Credit Acceptance,    PO Box 513,    Southfield, MI  48037-0513
13767533        Enterprise Rent a Car,    PO Box 405738,    Atlanta, GA  30384-5700
13767536        PNC Bank N.A.,    PO Box 94982,    Cleveland, OH  44101-4982
13767537       +PPL,    2 N 9th St,    Allentown, PA 18101-1179
13767538        Quality Patient Care, LLC,    Attn #16273N,    PO Box 14000,    Belfast, ME  04915-4033
13767541        Robert W. Williams Esquire,    Milstead & Associaes LLC,    1 E Stow Rd,
                 Marlton, NJ  08053-3118
13767542       +Sacred Heart Hospital,    421 Chew St,    Allentown, PA 18102-3490
13767543        Wilmington Savings Fund Socient,    7105 Corporate Dr,    Plano, TX  75024-4100
13841516       +Wilmington Savings Fund Society, FSB, d/b/a Christ,    C/O Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 02:10:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2018 02:10:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 02:11:06     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13786028       +E-mail/Text: bankruptcydpt@mcmcg.com May 09 2018 02:10:05     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
13767534        E-mail/Text: bankruptcydpt@mcmcg.com May 09 2018 02:10:05     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
13869850       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 02:05:30
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13767535       +E-mail/Text: colleen.atkinson@rmscollect.com May 09 2018 02:10:27     Patient First,
                 %Receivable Management,    7206 Hull Street Rd Ste North,    Richmond, VA 23235-5826
13767539       +E-mail/Text: colleen.atkinson@rmscollect.com May 09 2018 02:10:27     Receivable Management,
                 7206 Hull Street Rd Ste North,    Richmond, VA 23235-5826
13767540        E-mail/Text: colleen.atkinson@rmscollect.com May 09 2018 02:10:27
                 Receivables Management Systems,    for Patient First,    PO Box 8630,    Richmond, VA  23226-0630
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13767528       16-15171
13827773       PPL Electric Utilities, 827 Hausman Road, Allentow
                                                                                     TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: dlv                Page 2 of 2           Date Rcvd: May 08, 2018
                              Form ID: pdf900          Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN EVERETT COOK    on behalf of Plaintiff Carolann Jude DeLeon bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Debtor Carolann Jude DeLeon bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| | : | |
| **Carolann Jude DeLeon** | : | **CHAPTER 13** |
| | : | **NO. 16-15171 ref** |

**PRAECIPE TO CONVERT**
**CHAPTER 13 TO CHAPTER 7**

The undersigned Debtor, Carolann Jude DeLeon, by and through her attorney, Everett Cook, Esquire, respectfully requests that her Chapter 13 case be converted to a Voluntary Chapter 7 case under Title 11 of the United States Code.

/s/ Carolann Jude DeLeon
Carolann Jude DeLeon, Debtor

/s/ Everett Cook
Everett Cook, Esquire

Date: May 7, 2018