United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15171-ref
Carolann Jude DeLeon                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv            Page 1 of 2         Date Rcvd: May 11, 2018
                            Form ID: 309A        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db           +Carolann Jude DeLeon,    3179 Westwood Place,    Orefield, PA 18069-2563
tr           +MICHAEL H KALINER,    Michael H. Kaliner Trustee,    350 South Main Street,    Suite 105,
               Doylestown, PA 18901-4872
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13767532      Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
13766511     +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13767533      Enterprise Rent a Car,    PO Box 405738,    Atlanta, GA 30384-5700
13767536      PNC Bank N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
13767537     +PPL,   2 N 9th St,    Allentown, PA 18101-1179
13767538      Quality Patient Care, LLC,    Attn #16273N,    PO Box 14000,    Belfast, ME 04915-4033
13767541      Robert W. Williams Esquire,    Milstead & Associaes LLC,    1 E Stow Rd,
               Marlton, NJ 08053-3118
13767542     +Sacred Heart Hospital,    421 Chew St,    Allentown, PA 18102-3490
13767543      Wilmington Savings Fund Socient,    7105 Corporate Dr,    Plano, TX 75024-4100
13841516     +Wilmington Savings Fund Society, FSB, d/b/a Christ,    C/O Rushmore Loan Management Services,
               P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: bankruptcy@everettcooklaw.com May 12 2018 02:08:55     JOHN EVERETT COOK,
               The Law Offices of Everett Cook, P.C.,    2309 MacArthur Road,    Whitehall, PA 18052
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2018 02:09:33
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2018 02:09:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 12 2018 02:09:43     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13767529      EDI: BANKAMER.COM May 12 2018 06:03:00     Bank of America NA,    7105 Corporate Dr,
               Plano, TX 75024-4100
13767530      EDI: CAPITALONE.COM May 12 2018 06:03:00     Capital One Bank USA N,    PO Box 85015,
               Richmond, VA 23285-5015
13776562      EDI: CAPITALONE.COM May 12 2018 06:03:00     Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC 28272-1083
13767531      EDI: CHASE.COM May 12 2018 06:03:00     Chase Card,    PO Box 15298,
               Wilmington, DE 19850-5298
13786028     +EDI: MID8.COM May 12 2018 06:03:00     MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
13767534      EDI: MID8.COM May 12 2018 06:03:00     Midland Funding,    2365 Northside Dr Ste 300,
               San Diego, CA 92108-2709
13869850     +EDI: PRA.COM May 12 2018 06:03:00     PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
13767535     +E-mail/Text: colleen.atkinson@rmscollect.com May 12 2018 02:10:35     Patient First,
               %Receivable Management,    7206 Hull Street Rd Ste North,    Richmond, VA 23235-5826
13767539     +E-mail/Text: colleen.atkinson@rmscollect.com May 12 2018 02:10:35     Receivable Management,
               7206 Hull Street Rd Ste North,    Richmond, VA 23235-5826
13767540      E-mail/Text: colleen.atkinson@rmscollect.com May 12 2018 02:10:35
               Receivables Management Systems,    for Patient First,    PO Box 8630,    Richmond, VA 23226-0630
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13767528       16-15171
13827773       PPL Electric Utilities, 827 Hausman Road, Allentow
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: dlv                 Page 2 of 2                  Date Rcvd: May 11, 2018
                              Form ID: 309A             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:

```
          DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society et al...
           bkgroup@kmllawgroup.com
          JOHN EVERETT COOK    on behalf of Plaintiff Carolann Jude DeLeon bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          JOHN EVERETT COOK    on behalf of Debtor Carolann Jude DeLeon bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society et al...
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society et al...
           bkgroup@kmllawgroup.com
          MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society et al...
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Carolann Jude DeLeon** | Social Security number or ITIN | **xxx–xx–3354** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **7/21/16** |
| Case number: | **16–15171–ref** | Date case converted to chapter **7** | **5/7/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Carolann Jude DeLeon | |
| 2. | **All other names used in the last 8 years** | aka Michelle Holvik | |
| 3. | **Address** | 3179 Westwood Place<br>Orefield, PA 18069 | |
| 4. | **Debtor's attorney**<br>Name and address | JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall, PA 18052 | Contact phone 610–351–3566<br>Email:  bankruptcy@everettcooklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | Contact phone 215–230–4250<br>Email:  mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**              page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (610)2085040<br><br>Date: 5/11/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 15, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/14/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |