Certificate Number: 15317-PAE-DE-031217016

Bankruptcy Case Number: 16-15171



15317-PAE-DE-031217016

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2018, at 6:25 o'clock PM PDT, Carolann J Deleon completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 21, 2018         By: /s/Eric Reyes

                            Name: Eric Reyes

                            Title: Certified Counselor